RECEIVED
IN LAKE CHARLES, LA
JUL 12 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **THOMAS JOSEPH DORAN** | : | **DOCKET NO. 06 CV 2107** |
| **VS.** | : | **JUDGE MINALDI** |
| **ALLSTATE INSURANCE COMPANY** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGEMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, IT IS ORDERED, that the above-captioned matter is hereby REMANDED to the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12 day of June, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE